FRANCES L. HAIGHT, Respondent, *v.* THE BOARD OF SUPER-
VISORS OF SARATOGA COUNTY, Appellant.

(Argued December 2, 1887; decided December 20, 1887.)

*C. S. Lester* for appellant.

*L. B. Pike* for respondent.

Agree to affirm with modification reducing interest to six
per cent from January 1, 1880 ; no opinion.
All concur, except PECKHAM, J., not sitting.
Ordered accordingly.